**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **MISC. NO. 1:02M103M** |
| | : | |
| | : | |
| **SIMON PACHECO a/k/a Simon Berrun** | : | |

**GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AND WITHDRAW THE ARREST WARRANT ON GROUNDS THE LIMITATION PERIOD HAS RUN**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and moves to dismiss the complaint and withdraw the arrest warrant in the instant case on grounds that the statute of limitations, 18 U.S.C. §3282(a), requires that an indictment or information be instituted within five years after an offense shall have been committed.

Defendant Pacheco was charged by complaint with remaining in the United States after deportation, said offense having occurred

on August 7, 2002. The five year period for indictment has elapsed. Defendant has been held at the Adult Correctional Institution on a State Murder 1 charge for that period.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/Zechariah Chafee
ZECHARIAH CHAFEE
Assistant U.S. Attorney
United States Attorney's office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001(Fax)
Zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I, hereby certify that on this 25th day of September, 2007, I caused the within Government's Motion to Dismiss to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. There is no defense counsel on record.

/s/Zechariah Chafee
ZECHARIAH CHAFEE
Assistant U.S. Attorney
United States Attorney's office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001(Fax)
Zechariah.chafee@usdoj.gov